UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Jose L. Linares |
| v. | : Crim. No. 11-511 (E.D.P.A. No. 09-813) |
| JON J. LACKNER | : <u>ORDER FOR CONTINUANCE</u> |

  This matter having come before the Court on the joint application of Paul Fishman, United States Attorney for the District of New Jersey (by Jessica Natali, Special Assistant U.S. Attorney), and defendant Jon J. Lackner (by Bruce Barket, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter for a period of 90 days to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, and no continuance having previously been granted by this Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A), so that the parties could attempt to resolve the matter and thereby avoid a possible trial, and the defendant having consented to the continuance and waived such right, and for good cause shown,

  IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

  (1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any subsequent trial of this matter unnecessary; and

(2) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 16th day of August 2011,

ORDERED that this action be, and it hereby is, continued for a period of 90 days and it is further

ORDERED that the period of 90 days from the date of this order shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. JOSE L. LINARES
United States Magistrate Judge

Form and entry consented to:

Jessica Natali
Special Assistant U.S. Attorney

Bruce Barket, Esq.
Counsel for Defendant Jon J. Lackner