UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Jose L. Linares |
| v. | : Crim. No. 11-511 (E.D.P.A. No. 09-813) |
| JON J. LACKNER | : <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the joint application of Paul Fishman, United States Attorney for the District of New Jersey (by Jessica Natali, Special Assistant U.S. Attorney), and defendant Jon J. Lackner (by Bruce Barket, Esq.), for an order amending the schedule for pre-trial motions in the above-captioned as set forth below, to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement and thereby avoid a possible trial; and

The parties having agreed upon the following schedule for pretrial motions: motions to be filed by September 15, 2011, with oppositions due by September 22, 2011. If the court desires oral argument, counsel are available to discuss a convenient date during the telephonic status conference currently scheduled for September 29, 2011 at 3:00pm, if convenient for the Court's schedule,

IT IS, therefore, on this 22nd day of August 2011.

SO ORDERED:

_____
HON. JOSE L. LINARES
United States Magistrate Judge

Form and entry consented to:

_____
Jessica Natali
Special Assistant U.S. Attorney

_____
Bruce Barket, Esq.
Attorney for Defendant Jon Lackner