UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Jose L. Linares |
| v. | : Crim. No. 11-511 (E.D.P.A. No. 09-813) |
| JON J. LACKNER | : ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Paul Fishman, United States Attorney for the District of New Jersey (by Jessica Natali, Special Assistant U.S. Attorney), and defendant Jon J. Lackner (by Bruce Barket, Esq.), for an order amending the schedule for pre-trial motions in the above-captioned as set forth below, to allow the parties to conduct plea negotiations, to allow defense counsel time to meet with his client to review written plea agreement (sent to defense counsel on August 23, 2011) and thereby avoid a possible trial; and

The parties having agreed upon the following revised schedule for pretrial motions: motions to be filed by October 14, 2011, with oppositions due by October 28, 2011. If the court desires oral argument, counsel are available to discuss a convenient date during the telephonic status conference currently scheduled for September 29, 2011 at 3:00pm, if convenient for the Court's schedule,

IT IS, therefore, on this 15th day of September, 2011.

SO ORDERED:

HON. JOSE L. LINARES
United States Magistrate Judge

Form and entry consented to:

Jessica Natali
Special Assistant U.S. Attorney

Bruce Barket, Esq.
Attorney for Defendant Jon Lackner